IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN DAVID ANDERSON, | No. 2:23-CV-0757-DAD-DMC-P |
| Plaintiff, | |
| v. | ORDER |
| COUNTY OF SHASTA, et al., | |
| Defendants. | |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the Court is Plaintiff's motion, ECF No. 10, for an extension of time to file a first amended complaint. Good cause appearing therefor, it is ordered as follows:

1. Plaintiff's motion, ECF No. 10, is GRANTED.

2. Plaintiff may file a first amended complaint within 30 days of the date of this order.

Dated: October 6, 2023

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1